# Court of Appeals
# of the State of Georgia

ATLANTA, November 16, 2012

*The Court of Appeals hereby passes the following order:*

**A13A0497.  PAMELA B. COYNE et al. v. THE ROBERTS LAW FIRM, PC.**

On August 29, 2012, Pamela B. Coyne and John F. Coyne, defendants in the case below, filed a notice of appeal challenging (1) the trial court's June 11, 2012, order granting summary judgment to the plaintiff on defendant's malpractice counterclaim, and (2) the court's July 30, 2012, order denying their motion for reconsideration.  We lack jurisdiction.

"A notice of appeal shall be filed within 30 days after entry of the appealable decision or judgment complained of . . . ."  OCGA § 5-6-38 (a).  A motion for reconsideration does not extend the time for filing a notice of appeal.  See *Cheeley-Towns v. Rapid Group, Inc.*, 212 Ga. App. 183 (1) (441 SE2d 452) (1994).  Here, the notice of appeal was filed 79 days after the court entered its order granting summary judgment.  Accordingly, the notice of appeal is untimely as to that order.

In addition, although the notice of appeal was filed within 30 days of the order denying reconsideration, "the denial of a motion for reconsideration of a final judgment is not itself a judgment subject to direct appeal." *Ferguson v. Freeman*, 282 Ga. 180, 181 (646 SE2d 25) (2007).  Therefore, we lack jurisdiction to review the July 30 order as well.  Even if we were to construe the defendants' motion for reconsideration as a motion to set aside, appeals from the denial of such motions are subject to the discretionary appeals procedure.  OCGA § 5-6-35 (a) (8); *Cheeley-Towns*, supra.

Under these circumstances, we lack jurisdiction to review both of the challenged orders.  This appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* 11/16/2012
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*